950

No. 868. HARPER *v.* UNITED STATES, 400 U. S. 1024;

No. 5678. DAEGELE *v.* CROUSE, WARDEN, 400 U. S. 1010;

No. 5843. CHAPMAN *v.* UNITED STATES, 400 U. S. 995;

No. 6020. HAWKINS ET AL. *v.* SMITH ET AL., 400 U. S. 999;

No. 6053. HARRISON *v.* CLARK COUNTY SCHOOL DISTRICT ET AL., 400 U. S. 1021;

No. 6072. LOGAN *v.* CASSCLES, WARDEN, 400 U. S. 1022;

No. 6078. GILBOY *v.* UNITED STATES, 400 U. S. 1022; and

No. 6095. AKERS *v.* UNITED STATES, 400 U. S. 1023. Petitions for rehearing denied.

No. 113. DECKER, U. S. DISTRICT JUDGE, ET AL. *v.* HARPER & ROW PUBLISHERS, INC., ET AL., 400 U. S. 348. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

MARCH 5, 1971

No. 545. NATIONAL INDUSTRIES FOR THE BLIND *v.* BALLERINA PEN CO., INC., ET AL. C. A. D. C. Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 8, 1971

No. 740. GREEN *v.* KENTUCKY. Ct. App. Ky. [Certiorari granted, 400 U. S. 990.] Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.